# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ARLENE CAMPBELL,**<br><br>Plaintiff**,**<br><br>vs.<br><br>**992 PERALTA LLC,**<br><br>Defendant**.** | CASE NO. 17-cv-00189-YGR<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE**<br><br>Re: Dkt. No. 7 |

Plaintiff filed the above-captioned case *in forma pauperis* appearing to raise claims under the Endangered Species Act and the American Disabilities Act. The Court initially dismissed plaintiff's complaint as incomprehensible allowing plaintiff leave to amend. (Dkt. No. 4.) Plaintiff filed an amended complaint on February 24, 2017. (Dkt. No. 5.) On March 9, 2017, having reviewed such amended complaint, the Court found that plaintiff had failed to raise any cognizable claims and dismissed her complaint without leave to amend. (Dkt. No. 6.) The Court further ordered the Clerk to close the file. (*Id.*)

On March 24, 2017, plaintiff filed a motion to "arbitration; fraud; order to show cause." (Dkt. No. 7.) The Court finds that this motion is without merit and **DENIES** the same given that the case has been closed and plaintiff offers no grounds upon which the case should be reopened. Any future motions submitted by plaintiff in this case number will not be received by the Clerk of the Court and will be returned to plaintiff. Plaintiff may file a new action if she believes she has a proper claim.

This Order terminates Docket Number 7.

**IT IS SO ORDERED.**

Dated: April 11, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**